

FILED
CLERK, U.S. DISTRICT COURT
MAR 1 4 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-CR-641 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| JUAN FLORES-ALFARO | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ☒ the appearance of defendant as required; and/or

(B) ☒ the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply with his conditions, including any new legal violations

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he has sufficient resources to ensure his complete and timely participation in all court proceedings + requirements.

IT IS ORDERED that defendant be detained.

DATED: 3-14-2013

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2